McGREGOR W. SCOTT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-00199-DAD-BAM |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| ERIC PENA | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 29, 2020 charging the above defendant with violations of 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Fentanyl; 26 U.S.C. § 5861 Possession of an Unregistered Firearm; 18 U.S.C. § 924(c) – Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and

1 | execution of the warrants.

2 | DATED: October 29, 2020          Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ KATHERINE E. SCHUH
KATHERINE E. SCHUH
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  October 29, 2020   ___B.McAuliffe___
BARBARA A. MCAULIFFE
U.S. Magistrate Judge

Motion to Seal Indictment                2