IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>          v.<br><br>ERIC PENA,<br><br>                            Defendant. | CASE NO. 1:20-CR-000199-DAD-BAM<br><br>ORDER UNSEALING COMPLAINT AND INDICTMENT |

The United States having applied to this Court for the complaint and indictment in this case to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrant now having been executed and the need for sealing with respect to those documents having ceased;

IT IS ORDERED that the complaint and indictment filed in the above-entitled matter shall be unsealed.

Dated:   November 5, 2020

_____
HON. BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

1