```
THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road
Suite 390
Pleasanton, CA 94588
Telephone: (510)782-7580
Facsimile: (925) 397-3042
Email:  email@thompsongarcialaw.com


JESSE J. GARCIA (SB#61223)
Attorney for Defendant, ERIC PENA
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 20-CR-00199-DAD-BAM-1 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER |
| vs. | ) ) | TO MODIFY THE CONDITIONS OF RELEASE AS IT PERTAINS TO THE LOCATION MONITORING CONDITION |
| ERIC PENA, | ) ) | |
| Defendant. | ) ) | |
| | / ) | |

Eric Pena, by and through his counsel, Jesse J. Garcia, and the United States Prosecutors Office, by and through its counsel, Katherine Schuh, Assistant United States Attorney, and the United States Pretrial Services for the Eastern District of California, by and through its Intensive Supervision Specialist, Frank Guerrero, jointly stipulate and respectfully request the Court to modify the conditions of release as it pertains to the location monitoring condition.

Currently defendant, Eric Pena was ordered GPS monitoring however, pretrial services recommends that condition 7(r) with the location monitoring with GPS monitoring, and Curfew of 7:00 p.m. to 7:00 a.m., be modified to location monitoring with GPS monitoring and that the defendant shall remain at his residence at all times except to leave for employment/treatment

U.S.A. v. Eric Pena, Case No.: 20-CR-00199-DAD-BAM-1
Stipulation and [Proposed] Order to Modify the Conditions of Release

services/attorney visits/Pretrial Services visits/or other activities approved by Pretrial Services or if accompanied by his third-party custodian.

Counsel for the defendant has sought and received consent from A.U.S.A. Schuh and Pretrial Services Guerrero to file this stipulation and proposed order.

SO STIPULATED:

Dated: December 17, 2020                         Respectfully submitted,

/S/JESSE J. GARCIA
JESSE J. GARCIA
Attorney for Defendant
ERIC PENA

Dated: December 17, 2020                         Respectfully submitted,

/S/KATHERINE SCHUH
KATHERINE SCHUH
Assistant United States Attorney
Authorized to sign on behalf of
KATHERINE SCHUH on
December 17, 2020

Dated: December 17, 2020                         Respectfully submitted,

/S/FRANK GUERRERO
FRANK GUERRERO
Intensive Supervision Specialist
Authorized to sign on behalf of
FRANK GUERRERO on
December 17, 2020

U.S.A. v. Eric Pena, Case No.: 20-CR-00199-DAD-BAM-1
Stipulation and [Proposed] Order to Modify the Conditions of Release

ORDER

IT IS HEREBY ORDERED that condition 7(r) with the location monitoring with GPS monitoring, and Curfew of 7:00 p.m. to 7:00 a.m., be modified to location monitoring with GPS monitoring and that the defendant shall remain at his residence at all times except to leave for employment/treatment services/attorney visits/Pretrial Services visits/or other activities approved by Pretrial Services or if accompanied by his third-party custodian.

IT IS SO ORDERED.

Dated:   **December 17, 2020**                              /s/ Dale A. Drozd
                                                             UNITED STATES DISTRICT JUDGE