THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road
Suite 390
Pleasanton, CA 94588
Telephone: (510)782-7580
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA (SB#61223)
Attorney for Defendant, ERIC PENA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC PENA, ) <br> ) <br> Defendant. ) <br> _____/ ) | CASE NO.: 20-CR-00199-DAD-BAM-1 <br><br> STIPULATION AND ORDER <br> TO MODIFY DEFENDANT'S CONDITIONS <br> OF RELEASE |

Eric Pena, by and through his counsel, Jesse J. Garcia, and the United States Prosecutors Office, by and through its counsel, Katherine Schuh, Assistant United States Attorney, and the United States Pretrial Services for the Eastern District of California, by and through its Intensive Supervision Specialist, Frank Guerrero, jointly stipulate and respectfully request the Court to modify the conditions of release as it pertains to the following:

Pursuant to condition 7(n), defendant initially could not possess any communication device other than a cell phone, pre-approved by Pretrial Services, which may only be used for

communication with defendant counsel, the Pretrial Services agency, treatment providers, and for other purposes specifically approved by the supervising Pretrial Services Officer however, it is hereby now stipulated between the parties that defendant be permitted to have a cellphone approved by Pretrial Services.

Further, pursuant to condition 7(r), defendant had been placed with location monitoring with GPS monitoring and the defendant was to remain at this residence at all times except to leave for employment/treatment services/attorney visits/Pretrial Services visits/or other activities approved by Pretrial services or if accompanied by his third-party custodian however, it is now hereby stipulated between the parties that this condition be modified to replace this defendant's GPS requirement to Radio Frequency (RF) monitoring and the defendant is to remain at this residence at all times except to leave for employment/treatment services/attorney visits/Pretrial Services visits/or other activities approved by Pretrial services or if accompanied by his third-party custodian.

Furthermore, it is hereby stipulated between the parties that defendant's stepfather, Mr. Juan Rutiaga, be allowed to become a third-party custodian for defendant.

Counsel for the defendant has sought and received consent from A.U.S.A. Katherine Schuh and Pretrial Services Officer Frank Guerrero to file this stipulation and proposed order.

SO STIPULATED:

Dated: June 29, 2021                    Respectfully submitted,

                                        /S/JESSE J. GARCIA
                                        JESSE J. GARCIA
                                        Attorney for Defendant
                                        ERIC PENA

U.S.A. V. ERIC PENA, CASE NO.: 20-CR-00199-DAD-BAM-1 - 2
STIPULATION AND ORDER TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE

Dated: June 29, 2021            Respectfully submitted,


/S/KATHERINE SCHUH
KATHERINE SCHUH
Assistant United States Attorney
Authorized to sign on behalf of
KATHERINE SCHUH on
June 29, 2021

Dated: June 29, 2021            Respectfully submitted,


/S/FRANK GUERRERO
FRANK GUERRERO
Intensive Supervision Specialist
Authorized to sign on behalf of
FRANK GUERRERO on
June 29, 2021

## ORDER

IT IS HEREBY ORDERED that defendant be permitted to have a cellphone approved by Pretrial Services.

IT IS HEREBY ORDERED that defendant's location monitoring with GPS monitoring be changed to Radio Frequency (RF) monitoring and the defendant is to remain at this residence at all times except to leave for employment/treatment services/attorney visits/Pretrial Services visits/or other activities pre-approved by Pretrial services or if accompanied by his third-party custodian.

IT IS HEREBY ORDERED that defendant's stepfather, Mr. Juan Rutiaga, is allowed to become a third-party custodian for defendant.

IT IS SO ORDERED.

Dated: **July 1, 2021**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE