1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**

Jan 11, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC PENA,<br><br>Defendant. | CASE NO.  1:20-cr-00199<br><br><br>ORDER UNSEALING PRETRIAL RELEASE VIOLATION PETITION |

The United States applied to this Court for the PRETRIAL RELEASE VIOLATION

PETITION AND ARREST WARRANT in this case to remain under seal to prevent the destruction

of evidence and flight of the target of the investigation.  The target of this investigation is in custody

and the need for sealing with respect to those documents having therefore ceased;

IT IS ORDERED that the RETRIAL RELEASE VIOLATION PETITION AND

ARREST WARRANT filed in the above-entitled matter shall be unsealed.

Dated:   1/11/2022

_____
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

1