THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA (SB# 61229)
AUSTIN M. THOMPSON (SB# 229924)
Attorneys for Defendant
ERIC PENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| THE UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20-cr-00199-ADA-BAM-1 |
|---|---|---|
| Plaintiffs, | ) ) | STIPULATION AND ORDER TO CONTINUE THE HEARING CURRENTLY SCHEDULED FOR JANUARY 30, 2023 |
| v. | ) ) ) | |
| ERIC PENA, | ) ) | |
| Defendant | ) ) | |

Eric Pena, by and through his counsel, Jesse J. Garcia, and the United States Attorney's Office, by and through its counsel, Stephanie Stokman, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the Sentencing hearing presently set for January 30, 2023, at 8:30 am to April 3, 2023, at 8:30 am.

/

/

/

SO STIPULATED:

Dated: December 21, 2022    Respectfully submitted,

/s/ Jesse J. Garcia
JESSE J. GARCIA
Attorney for Defendant
ERIC PENA

Dated: December 21, 2022

/s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant United States Attorney

ORDER

The Court hereby changes the scheduled Sentencing hearing from January 30, 2023, at 8:30 am, to April 3, 2023, at 8:30 am.

IT IS SO ORDERED.

Dated:   January 27, 2023

_____
UNITED STATES DISTRICT JUDGE