THOMPSON GARCIA
ATTORNEYS AT LAW
5776 STONERIDGE MALL ROAD, SUITE 390
PLEASANTON, CA 94588
TELEPHONE: (510) 782-7580
FACSIMILE: (925) 3973042
EMAIL: EMAIL@THOMPSONGARCIALAW.COM

AUSTIN M. THOMPSON [CSBN: 229924]
JESSE J. GARCIA [CSBN: 61229]
ATTORNEYS FOR DEFENDANT,
ERIC PENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | CASE NO.: 1:20cr00199 |
| Plaintiff, ) | |
| ) | ORDER TO FILE UNDER SEAL |
| vs. ) | |
| ERIC PENA, ) | |
| Defendant. ) | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the multiple page document and the Defendant's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant to which the documents pertain. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).

U.S.A. V. ERIC PENA, CASE NO.: 1:20CR00199
ORDER TO FILE UNDER SEAL – 1

1  The Court finds that, for the reasons stated in the Defendant's request, sealing the
2  Defendant's motion serves a compelling interest. The Court further finds that, in the absence
3  of closure, the compelling interests identified by the Defendant would be harmed. In light of
4  the public filing of its request to seal, the Court further finds that there are no additional
5  alternatives to sealing the Defendant's motion that would adequately protect the compelling
6  interests identified by the Defendant.

9  IT IS SO ORDERED.

10  Dated:   March 30, 2023

UNITED STATES DISTRICT JUDGE

U.S.A. V. ERIC PENA, CASE NO.: 1:20CR00199
ORDER TO FILE UNDER SEAL – 2