PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00199-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER |
| v. | |
| ERIC PENA, | |
| Defendants. | |

This case is set for sentencing on June 5, 2023, which the parties stipulate to continue to June 12, 2023, for the reasons set forth below.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 5, 2023.

2. By this stipulation, the parties now move to continue the sentencing date until June 12, 2023, and to exclude time between June 5, 2023, and June 12, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) Sentencing is scheduled for June 5, 2023. Counsel for the Government will be unavailable on that date, and the parties believe that continuing the sentencing to a date convenient for both counsel for the Government and defense is in the best interest of this matter.

STIPULATION TO CONTINUE SENTENCING         1

b) The parties stipulate that although time exclusion for sentencing is not required, still, the period of time from June 5, 2023, through June 12, 2023, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 1, 2023                      PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ STEPHANIE M. STOKMAN
                                          STEPHANIE M. STOKMAN
                                          Assistant United States Attorney

                                          /s/ AUSTIN THOMPSON
Dated:  June 1, 2023                      /s/ JESSE GARCIA
                                          AUSTIN THOMPSON
                                          JESSE GARCIA
                                          Counsel for Defendant
                                          Eric Pena

IT IS SO ORDERED.

   Dated:    June 1, 2023                 _____
                                          UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING          2